# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

| | |
|---|---|
| INFORMATION ASSOCIATED WITH FACEBOOK USER IDENTIFICATION NUMBER 100001220222858 https://www.facebook.com/deangelo.tassin FACEBOOK USERNAME: Deangelo Darnell Tassin | Case No. 17-M-123 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE ___Sept. 28___ (not to exceed 14 days)
☒ in the daytime between 6:00 a.m. and 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Honorable David E. Jones__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ___ days (not to exceed 30)  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __Sept. 14, 2017 1:27 pm__    _____/s/_____
                                                    *Judge's signature*

City and State: __Milwaukee, Wisconsin__    __Honorable David E. Jones__, U.S. Magistrate Judge
                                             *Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

## Return

| Case No: 778040-17-0062 / 17-M-123 | Date and time warrant executed: 9-14-2017 2:30pm | Copy of warrant and inventory left with: Facebook |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and/or name of any person(s) seized:

No Property Taken.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 10-3-2017

_____
Executing officer's signature

Special Agent Richard Connors
Printed name and title

Subscribed, sworn to, and returned before me this date:

Date: Oct. 3, 2017

_____
United States Magistrate Judge

# ATTACHMENT A

**Property to Be Searched:**

This warrant applies to information between January 1, 2015 and present date associated with the following Facebook pages:

- https://www.facebook.com/profile.php?id=100011134543692
  Facebook Username: TJ O'Brien, Facebook User ID: 1373617493.

- https://www.facebook.com/deangelo.tassin
  Facebook Username: Deangelo Darnell Tassin, Facebook User ID: 100001220222858.

# ATTACHMENT B

**Particular items to be Seized:**

### I. Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

1. All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

2. All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

3. All photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

4. All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of

which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

5. All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

6. All "check ins" and other location information;

7. All IP logs, including all records of the IP addresses that logged into the account;

8. All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

9. All information about the Facebook pages that the account is or was a "fan" of;

10. All past and present lists of friends created by the account;

11. All records of Facebook searches performed by the account;

12. All information about the user's access and use of Facebook Marketplace;

13. The types of service utilized by the user;

14. The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

15. All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

16. All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, 922(a)(6) (any person in acquisition of any firearm knowingly furnish a false written or oral statement intended to deceive the dealer), Title 18, United States Code, 922(d) (sale or transfer of firearm to a prohibited person), and Title 18, United States Code, 922(g) (possession of a firearm by a prohibited person), since December 20, 2015 for each user ID identified on Attachment A, information pertaining to the following matters:

1. The relevant offense conduct, any preparatory steps taken in furtherance of the scheme, communications between O'Brien and others related to the relevant offense conduct of firearms trafficking;

2. Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

3. Evidence indicating the Facebook account owner's state of mind as it relates to the crimes under investigation;

4.	The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

5.	The identity of the person(s) who communicated with the user ID about matters relating to relevant offense conduct of Title 18, United States Code, 922(a)(6) (any person in acquisition of any firearm knowingly furnish a false written or oral statement intended to deceive the dealer), Title 18, United States Code, 922(d) (sale or transfer of firearm to a prohibited person), and Title 18, United States Code, 922(g) (possession of a firearm by a prohibited person), including records that help reveal their whereabouts.